# B. F. Lee Company *v.* Sherman, Appellant (No. 2)

Opinion by Morrison, J., July 20, 1910:

For the reasons given in an opinion this day filed between the same parties at No. 7, April Term, 1910, ante, p. 557, the specifications of error are all overruled and the judgment is affirmed.